IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN S.B. SIMMONDS and R. L. SIMMONDS, Individually and on behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 04-11953 (REK) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants Margaret M. Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason and John A. Wing (the "Independent Trustee Defendants").

        Respectfully submitted,

        The Independent Trustee Defendants

        By Their Attorney:

        _____
        Timothy O. Egan, BBO# 637992
        Peabody & Arnold LLP
        50 Rowes Wharf
        Boston, MA  02110
        617.951.2100

## Certificate of Service

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing has been served by first class mail upon counsel for plaintiff:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY  10017

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY  10176

_____
Timothy O. Egan, Esq.