IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN S.B. SIMMONDS and R. L. SIMMONDS, Individually and on behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04-11953 (REK) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendants Margaret M. Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason and John A. Wing (the "Independent Trustee Defendants"), hereby move, by and through their Massachusetts counsel, Timothy O. Egan, Esq., pursuant to LR 83.5.3(b), for the admission *pro hac vice* of Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost, as counsel for the Independent Trustee Defendants in this case. The affidavits of Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost have been filed herewith. A supporting memorandum of reasons, as required to be filed under LR 7.1(B)(1), is unnecessary as counsel for Plaintiff assents to the relief requested herein. Said assent is certified below pursuant to Mass. L.R. 7.1(A)(2).

The Independent Trustee Defendants

By Their Attorney:

_____
Timothy O. Egan, BBO# 637992
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
617.951.2100

389470/E/1

<u>Certificate of Service</u>

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing Defendants' Motion to Admit Counsel *Pro Hac Vice* has been served by first class mail upon counsel for plaintiff:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY  10017

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY  10176

_____
Timothy O. Egan, Esq.

<u>LR 7.1(A)(2) Certification</u>

I hereby certify that counsel conferred in good faith before the filing of this motion, and that counsel for Plaintiff, Nancy Gans, Esq., has assented to the relief requested herein.

_____
Timothy O. Egan, Esq.