IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE F. OSBURN, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 04-11750 (REK) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Defendants Margaret M. Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason and John A. Wing (the "Independent Trustee Defendants").

Respectfully submitted,

The Independent Trustee Defendants

By Their Attorney:

_/s/ Timothy O. Egan_
Timothy O. Egan, BBO# 637992
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
617.951.2100

389470/E/1

## Certificate of Service

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing has been served by first class mail upon counsel for plaintiff:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY  10017

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY  10176

Timothy O. Egan, Esq.