## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN S.B. SIMMONDS and R.L. SIMMONDS, Individually and on behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   - v. -<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 04-11953-REK |

## NOTICE OF APPEARANCE

Brian E. Pastuszenski hereby enters his appearance as counsel on behalf of the defendants Columbia Acorn Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia Thermostat Fund, Columbia Acorn International Fund, and Columbia Acorn International Select Fund in the above-captioned matter.

Dated: April 7, 2005

Respectfully submitted,

COLUMBIA ACORN FUND, COLUMBIA ACORN SELECT, COLUMBIA ACORN USA, COLUMBIA THERMOSTAT FUND, COLUMBIA ACORN INTERNATIONAL FUND, and COLUMBIA ACORN INTERNATIONAL SELECT FUND,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
(617) 570-1000

LIBA/1523030.1